| CRIMINAL COMPLAINT (Submitted electronically) | SEALED |
|---|---|
| **United States District Court** | DISTRICT of ARIZONA |
| United States of America<br>v.<br>**Ismael Garcia III**<br>DOB: 1991; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO. 22-07266MJ |

Complaint for violation of: Title 18 United States Code, Section 1709 (Theft of Mail Matter by USPS Employee).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>COUNT 1</u>: On or about the 7th day of October, 2021, in the Tucson, Arizona, within the District of Arizona, the defendant, Ismael Garcia III, a United States Postal Service employee, did embezzle, steal, abstract, and remove United States Mail, to wit, multiple letters and packages and the contents therein which had been entrusted to the defendant in his role as a U.S.P.S. Employee, to wit, a Rural Carrier Associate for the San Xavier Annex, in violation of Title 18, United States Code, Section 1709.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

The USPS OIG began investigation of Ismael Garcia on July 9, 2021. On September 2, 2021, Affiant placed a mail piece with cash and a gift card in a locked mailbox for Garcia to collect. On September 4, 2021, the affiant received the mail piece intact but sealed with tape the Affiant had not applied.

On September 15, 2021, Affiant directed the install of video recording equipment with live streaming capability in the driver compartment of a USPS delivery vehicle. Garcia delivered U.S. Mail from the vehicle on September 16-18, 23-25, & 27, 2021, and on October 7, 2021. Video from those days shows Garcia opening and secreting U.S. Mail.

On September 16, 2021, Affiant placed a mail piece with cash in a locked mailbox for Garcia to collect. On September 21, 2021, the affiant received the mail piece intact. Video from that day shows Garcia opening U.S. Mail, including a pink greeting card he collected from XXXX W. Brightwater Way, Tucson, AZ 85757. Garcia placed U.S. Mail, including unopened mail, in his backpack that he carried away at the end of his shift.

On September 17, 2021, Special Agent (SA) Rene Martinez (Martinez), USPS OIG, Tucson, AZ, placed a mail piece with cash in a locked mailbox for Garcia to collect. On September 21, 2021, affiant received the mail piece intact. Video from that day shows Garcia opening U.S. Mail, including a piece he returned to the mail stream. Toward the end of his shift, Garcia folded and pocketed several pieces of mail.

Video from for September 18, 23, 24, 25, and 27, 2001, all show Garcia either secreting mail in a backpack he carried with him or removing the contents of the mail and returning it to the mail stream.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>*[signature]*<br><br>AUTHORIZED AUSA *Gordon E Davenport III* | SIGNATURE OF COMPLAINANT (official title)<br>SA *[signature]*<br><br>OFFICIAL TITLE<br>Special Agent, U.S. Postal Service - OIG |
|---|---|
| Sworn to telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Jacqueline M. Rateau* | DATE<br>May 11, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54

CC: USM, AUSA, PTS

On October 7, 2021, Affiant, Martinez, and USPS OIG SAs Jeff Cooper (Cooper) and Joaquin Mendez, staged near San Xavier Annex and surveilled Garcia. At around 10:20 AM, Affiant mailed a yellow greeting card with cash and a Target gift card from an unlocked mailbox at XXXX S. Tarantula Hawk Pl., Tucson, AZ 85735.

Video shows Garcia left his facility at around 10:28 AM. At around 11:39 AM, Garcia collected the Affiant's mail piece and placed it in his collection mail tray. At around 1:01 PM, Garcia accessed and opened the Affiant's mail piece. Garcia removed the cash and gift card and placed everything, including the mail piece, in his backpack.

At around 1:17 PM, the agents stopped Garcia at XXXX S. Heifner Pl., Tucson, AZ 85735, and identified themselves. Affiant searched Garcia's backpack and found his mail piece, cash, and Target gift card with three additional credit/debit cards. With Garcia's permission, Affiant retrieved Garcia's driver license from his wallet and saw multiple gift cards in the wallet. The agents documented the scene and relinquished the vehicle and remaining mail to postal management.

Affiant revealed the mail theft investigation and told Garcia he was not under arrest. Affiant asked Garcia if he would discuss his situation back at San Xavier Annex. Garcia agreed to accompany the agents to the facility for an interview. Agents conducted a voluntary interview with Garcia. Garcia admitted he routinely stole U.S. Mail on his five or six mail routes and always knew it was a crime. He said he first stole mail in around December 2019 due to financial pressures. He said he initially stole gift cards and cash but eventually began stealing credit cards, preferring those that did not require activation. Garcia said he first stole a credit card, issued by Chase, around 1.5 or two years ago. He estimated he stole around 20-30 credit cards since then. He said he activated those credit cards, used them, and discarded them.

Garcia admitted he opened the Affiant's mail piece earlier that day after collecting it. He said he placed it and its contents in his backpack. He admitted he stole the three additional credit/debit cards in his backpack from U.S. Mail. He said he tried to use two, discovered they were cancelled, but used $20 of a $60 balance on the third. Garcia admitted he placed bundles of undelivered U.S. Mail in his backpack, sometimes returned them to his facility, and other times discarded them at his apartment. He said he stole delivery and collection mail, sometimes taped his opened mail for redelivery, and other times discarded it. Garcia said he had around ten gift cards in his personal vehicle. He estimated he found between $5 and $30 cash per week in the U.S. Mail he stole. He expressed remorse for his thefts and said he used the proceeds for groceries and fuel.